**Order filed May 6, 2021.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00786-CV
_____

**MARK YOUNG D/B/A TEXCORE CONSTRUCTION SPECIALTIES,**
**Appellant**

**V.**

**TRENTHAM CONSTRUCTION, INC., Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-44044**

---

# O R D E R

Appellant's brief was due April 29, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 1, 2021** the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.